Steven C. Wolan, Esq. (State Bar No. 56237)
Andrea S. Carlise, Esq. (State Bar No. 151648)
Maureen M. Duffy, Esq. (State Bar No. 168090)
PATTON ♦ WOLAN ♦ CARLISE, LLP
1999 Harrison Street, Suite 1350
Oakland, California 94612-3582
Telephone: (510) 987-7500
Facsimile: (510) 987-7575

Attorneys for Defendants
ALAMEDA COUNTY MEDICAL CENTER, and
JEANETTE L. LOUDEN-CORBET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN HARRIS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER, JEANETTE L. LOUDEN-CORBET, in her individual capacity, and DOES 1 through 15, inclusive,<br><br>　　　　Defendants.<br>_____/ | CASE NO.: CV-08-05348-VRW<br><br>STIPULATION ORDER RE: EXTENSION OF TIME FOR DISCOVERY<br><br>Complaint Filed:　November 25, 2008<br>Trial Date:　None set |

　　　　Subject to the approval of this Court, the parties, by and through their respective counsel, hereby stipulate to the following order:

　　　　1)　Fact discovery cut-off is extended to: December 18, 2009;

　　　　2)　Designation of Experts' reports is extended to: January 4, 2010;

　　　　3)　Rebuttal Experts' reports is extended to: January 18, 2010;

　　　　4)　Experts' discovery cut-off is extended to: January 28, 2010.

///

///

---

STIPULATION ORDER RE: EXTENSION OF TIME FOR DISCOVERY　　　　(Case No.: CV-08-05348VRW)

1

| | | |
|---|---|---|
| 1 | Dated: August 25, 2009 | By: /s/ Howard Moore, Jr. |
| 2 | | HOWARD MOORE |
| | | Attorney for Plaintiff, DAWN HARRIS |

Dated: August 25, 2009

PATTON ♦ WOLAN ♦ CARLISE, LLP

By: *Maureen M. Duffy* (signature)
STEVEN C. WOLAN
ANDREA S. CARLISE
MAUREEN M. DUFFY
Attorneys for Defendants
ALAMEDA COUNTY MEDICAL CENTER, and
JEANETTE LOUDEN-CORBET

APPROVED AND SO ORDERED:

Dated: Sept 2, 2009

UNITED STATES DISTRICT JUDGE
VAUGHN R. WALKER

**GRANTED** — Judge Vaughn R Walker (stamp/signature)

# PROOF OF SERVICE

I, Michele L. Stater, declare:

I am employed in the County of Alameda, California. I am over the age of 18 years and not a party to the within-entitled cause; my business address is the law firm of PATTON ♦ WOLAN ♦ CARLISE LLP, located at 1999 Harrison Street, Suite 1350, Oakland, California 94612. On August 25, 2009, I caused to be served on the following parties:

**STIPULATION AND ORDER RE: EXTENSION OF TIME FOR DISCOVERY**

__XX__  **(by mail)** on all parties in said action, in accordance with C.C.P. §1013, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At PATTON ♦ WOLAN ♦ CARLISE LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Oakland, California.

____  **(by personal delivery)** by causing to be personally delivered (via a messenger service) a true copy thereof to the person and at the address set forth below.

__XX__  **(by facsimile transmission)** by transmitting said document(s) from our office facsimile machine (510) 987-7575, to the facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

Howard Moore, Jr.
Moore & Moore
1563 Solano Avenue, Ste. 204
Berkeley, CA 94707-2116
Tel: 510-542-7172
Fax: 510-528-3024

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California and that this Declaration was executed on August 25, 2009 at Oakland, California.

_/s/ Michele L. Stater_
Michele L. Stater

1