Steven C. Wolan (State Bar No. 56237)
Andrea S. Carlise (State Bar No. 151648)
Maureen M. Duffy (State Bar No. 168090)
PATTON♦WOLAN♦CARLISE, LLP
1999 Harrison Street, Suite 1350
Oakland, CA 94612
Telephone: (510) 987-7500
Facsimile: (510) 987-7575

Attorneys for Defendants
ALAMEDA COUNTY MEDICAL CENTER, and
JEANETTE L. LOUDEN-CORBETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN HARRIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER, JEANETTE L. LOUDEN-CORBET, in her Individual capacity, and DOES 1 through 15, inclusive,<br><br>　　　　Defendants. | Case No.: CV-08-05348-VRW<br><br>STIPULATION OF EXTENSION OF TIME FOR FACT DISCOVERY<br><br>Complaint Filed: November 25, 2008<br>Trial Date: None set |

The parties, by the through their respective counsel, hereby stipulate as follows:

1)　　Fact discovery cut-off is extended to: January 18, 2010;

2)　　Dispostive Hearing is extended to: February 4, 2010;

3)　　Designation of Experts' reports is extended to: January 29, 2010;

4)　　Rebuttal Experts' reports is extended to: February 2, 2010;

///

///

///

- 1 -

Stipulation of Extension of Time for Fact Discovery　　　　　　　　　　　　Case No. CV-08-05348-VRW

5) Experts' discovery cut-off is extended to: February 2, 2010.

Dated: November 18, 2009            By: /s/ Howard Moore, Jr.
                                        HOWARD MOORE

Dated: November 18, 2009            PATTON ♦ WOLAN ♦ CARLISE, LLP

                                    By: /s/ Maureen M. Duffy
                                        STEVEN C. WOLAN
                                        ANDREA S. CARLISE
                                        MAUREEN M. DUFFY
                                        Attorneys for Defendants
                                        ALAMEDA COUNTY MEDICAL CENTER, and
                                        JEANETTE LOUDEN-CORBETT

APPROVED AND SO ORDERED:

Dated: Nov. 23, 2009
                                    _____
                                    UNITED STATES DISTRICT JUDGE
                                    VAUGHN R. WALKER

[GRANTED - Judge Vaughn R Walker, United States District Court, Northern District of California]