Steven C. Wolan (State Bar No. 56237)
Andrea S. Carlise (State Bar No. 151648)
Maureen M. Duffy (State Bar No. 168090)
PATTON♦WOLAN♦CARLISE, LLP
1999 Harrison Street, Suite 1350
Oakland, CA  94612
Telephone:  (510) 987-7500
Facsimile:   (510) 987-7575

Attorneys for Defendants
ALAMEDA COUNTY MEDICAL CENTER, and
JEANETTE L. LOUDEN-CORBETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN HARRIS, | Case No.: CV-08-05348-VRW |
| Plaintiff, | |
| vs. | STIPULATION OF EXTENSION OF TIME FOR FACT DISCOVERY |
| ALAMEDA COUNTY MEDICAL CENTER, JEANETTE L. LOUDEN-CORBET, in her Individual capacity, and DOES 1 through 15, inclusive, | Complaint Filed:   November 25, 2008
Trial Date:          None set |
| Defendants. | |

The parties, by the through their respective counsel, hereby stipulate as follows:

1)    Fact discovery cut-off is extended to:  January 18, 2010;

2)    Dispositive Hearing is extended to:  February 4, 2010;

3)    Designation of Experts' reports is extended to:  January 29, 2010;

4)    Rebuttal Experts' reports is extended to:  February 2, 2010;

///

///

///

- 1 -

1    5)    Experts' discovery cut-off is extended to:  February 2, 2010.

2

3

Dated:  November 18, 2009                By: /s/ Howard Moore, Jr.
4                                              HOWARD MOORE

5

6

Dated:  November 18, 2009                PATTON ♦ WOLAN ♦ CARLISE, LLP
7

8

By: _____
9                                        STEVEN C. WOLAN
                                         ANDREA S. CARLISE
10                                       MAUREEN M. DUFFY
                                         Attorneys for Defendants
11                                       ALAMEDA COUNTY MEDICAL CENTER, and
                                         JEANETTE LOUDEN-CORBETT
12

13   APPROVED AND SO ORDERED:

14

15

Dated:  Nov. 23_____, 2009
16

17                                       UNITE_____ DGE
                                         VAUG
18                                       GRANTED
                                         Judge Vaughn R Walker
19

20

21

22

23

24

25

26

27

28                                       - 2 -

Stipulation of Extension of Time for Fact Discovery        Case No. CV-08-05348-VRW