Steven C. Wolan (State Bar No. 56237)
Andrea S. Carlise (State Bar No. 151648)
Maureen M. Duffy (State Bar No. 168090)
PATTON✦WOLAN✦CARLISE, LLP
1999 Harrison Street, Suite 1350
Oakland, CA 94612
Telephone: (510) 987-7500
Facsimile: (510) 987-7575

Attorneys for Defendants
ALAMEDA COUNTY MEDICAL CENTER, and
JEANETTE L. LOUDEN-CORBETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN HARRIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER, JEANETTE L. LOUDEN-CORBET, in her Individual capacity, and DOES 1 through 15, inclusive,<br><br>　　　　Defendants. | Case No.: CV-08-05348-VRW<br><br>STIPULATION REGARDING EXTENSION OF TIME FOR FACT DISCOVERY<br><br>Complaint Filed: November 25, 2008<br>Trial Date: None set |

The parties, by the through their respective counsel, hereby stipulate as follows:

1) Fact discovery cut-off is extended to: March 31, 2010;

2) Expert Witness Disclosures and Reports are extended to: April 2, 2010;

3) Rebuttal Expert Witness Disclosure and Reports are extended to: April 16, 2010;

4) Expert discovery cut-off is extended to: May 7, 2010;

/ / /

/ / /

/ / /

---

STIPULATION REGARDING EXTENSION OF
TIME FOR FACT DISCOVERY

(Case No. CV-08-05348-VRW)

- 1 -

5) ~~The parties respectfully request a June 1, 2010 trial date.~~
TRIAL SETTING CONFERENCE:  June 3, 2010 at 3:30 PM.

Dated: December 22, 2009         By: /s/ Howard Moore
                                     HOWARD MOORE

Dated: December 22, 2009         PATTON ♦ WOLAN ♦ CARLISE, LLP


                                 By: /s/ Maureen M. Duffy
                                     STEVEN C. WOLAN
                                     ANDREA S. CARLISE
                                     MAUREEN M. DUFFY
                                     Attorneys for Defendants
                                     ALAMEDA COUNTY MEDICAL CENTER, and
                                     JEANETTE LOUDEN-CORBETT

APPROVED AND SO ORDERED:


Dated:  December 23 , 2009

                                 UNITED STATES DISTRICT CHIEF JUDGE
                                 VAUGHN R. WALKER

IT IS SO ORDERED AS MODIFIED
Judge Vaughn R Walker

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Michele L. Stater, declare: |

I am employed in the County of Alameda, California. I am over the age of 18 years and not a party to the within-entitled cause; my business address is the law firm of PATTON ♦ WOLAN ♦ CARLISE LLP, located at 1999 Harrison Street, Suite 1350, Oakland, California 94612. On December 22, 2009, I caused to be served on the following parties:

**STIPULATION REGARDING EXTENSION OF TIME FOR FACT DISCOVERY**

__XX__  **(by mail)** on all parties in said action, in accordance with C.C.P. §1013, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At PATTON ♦ WOLAN ♦ CARLISE LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Oakland, California.

____  **(by personal delivery)** by causing to be personally delivered (via a messenger service) a true copy thereof to the person and at the address set forth below.

____  **(by facsimile transmission)** by transmitting said document(s) from our office facsimile machine (510) 987-7575, to the facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our fax machine indicating that the transmission had been transmitted without error.

Howard Moore, Jr.
Moore & Moore
1563 Solano Avenue, Ste. 204
Berkeley, CA  94707-2116
Tel:  510-542-7172
Fax:  510-528-3024

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America and that this Declaration was executed on December 22, 2009 at Oakland, California.

*/s/ Michele L. Stater*
Michele L. Stater

1