HOWARD MOORE, JR., SBN 55228
MOORE & MOORE
1563 Solano Avenue, #204
Berkeley, California 94707-2116
Telephone: (510) 552-7172
Facsimile: (510) 528-3024
Email: moorlaw@aol.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN HARRIS, ) | Case No. C 08 - 05348 VRW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | STIPULATION REGARDING |
| ) | EXTENSION OF TIME TO FILE |
| ALAMEDA COUNTY MEDICAL CENTER, ) | OPPOSITION TO MOTION FOR |
| JEANETTE LOUDEN-CORBET, in her ) | SUMMARY JUDGMENT, REPLY |
| individual capacity, and DOES 1 through 15, ) | BRIEF & HEARING |
| ) | |
| Defendant. ) | Complaint Filed: November 25, 2008 |
| _____ ) | Trial Date: None Set |

Whereas, fact discovery cut-off has been extended to March 31, 2010, expert discovery extended to May 7, 2010, pretrial discovery has not been completed, an Amended Notice of Motion and Motion for Summary Judgment or, in the alternative, Summary Adjudication of Claims was filed on December 31, 2009, and the Trial Setting Conference is set for June 3, 2010, the parties, by and through their respective counsel of record, stipulate as follows:

1) The time in which Plaintiff may file her opposition to the Amended Notice of Motion and Motion for Summary Judgment or, in the alternative, for Summary Adjudication of Claims be extended from January 14, 2010, to and to include February 15, 2010;

2) The time in which Defendants may file their reply brief extended to March 3, 2010; and

---

3) The hearing be held on ~~March 18, 2010, or at such other time as the Court deems appropriate~~. March 25, 2010 at 10:00 AM.

Dated: January 14, 2010                Moore & Moore
                                       Attorneys for Plaintiff


                                       By: *s/Howard Moore, Jr.*
                                           HOWARD MOORE, JR.


Dated: January ___, 2010               Patton ◆ Wolan ◆ Carlise, LLP
                                       Attorneys for Defendants


                                           *s/Andrea S. Carlise*
                                       By: _____
                                           ANDREA S. CARLISE


ORDER

Pursuant to Stipulation: APPROVED AND SO ORDERED.

Dated: January 20, 2010
                                       _____
                                       CHIEF UNITED STATES DISTRICT JUDGE

GRANTED
Judge Vaughn R Walker