1  HOWARD MOORE, JR., SBN 55228
   MOORE & MOORE
2  1563 Solano Avenue, #204
   Berkeley, California 94707-2116
3  Telephone:    (510) 552-7172
   Facsimile:    (510) 528-3024
4  Email: moorlaw@aol.com

5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 DAWN HARRIS,                          )   Case No. C 08 - 05348 VRW
                                         )
12         Plaintiff,                    )
                                         )
13 vs.                                   )   STIPULATION REGARDING
                                         )   EXTENSION OF TIME TO FILE
14 ALAMEDA COUNTY MEDICAL CENTER,        )   OPPOSITION TO MOTION FOR
   JEANETTE LOUDEN-CORBET, in her        )   SUMMARY JUDGMENT, REPLY
15 individual capacity, and DOES 1 through 15, ) BRIEF & HEARING
                                         )
16         Defendant.                    )   Complaint Filed: November 25, 2008
   _____)   Trial Date:      None Set

17
        Whereas, fact discovery cut-off has been extended to March 31, 2010, expert discovery
18
   extended to May 7, 2010, pretrial discovery has not been completed, an Amended Notice of
19
   Motion and Motion for Summary Judgment or, in the alternative, Summary Adjudication of
20
   Claims was filed on December 31, 2009, and the Trial Setting Conference is set for June 3, 2010,
21
   the parties, by and through their respective counsel of record, stipulate as follows:
22
        1)   The time in which Plaintiff may file her opposition to the Amended Notice of
23
   Motion and Motion for Summary Judgment or, in the alternative, for Summary Adjudication of
24
   Claims be extended from January 14, 2010, to and to include February 15, 2010;
25
        2)   The time in which Defendants may file their reply brief extended to March 3,
26
   2010; and
27

28

---

1    3)    The hearing be held on ~~March 18, 2010, or at such other time as the Court deems~~
2    ~~appropriate~~.   March 25, 2010 at 10:00 AM.

Dated: January 14, 2010                     Moore & Moore
                                            Attorneys for Plaintiff


                                            By: *s/Howard Moore, Jr.*
                                                HOWARD MOORE, JR.


Dated: January ___, 2010                    Patton ◆ Wolan ◆ Carlise, LLP
                                            Attorneys for Defendants


                                                *s/Andrea S. Carlise*
                                            By: _____
                                                ANDREA S. CARLISE



                                    ORDER


        Pursuant to Stipulation: APPROVED AND SO ORDERED.


Dated: January  20 , 2010                   _____
                                            CHIEF                      JUDGE

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Vaughn R Walker]