Steven C. Wolan (State Bar No. 56237)
Andrea S. Carlise (State Bar No. 151648)
Maureen M. Duffy (State Bar No. 168090)
PATTON◆WOLAN◆CARLISE, LLP
1999 Harrison Street, Suite 1350
Oakland, CA  94612
Telephone:  (510) 987-7500
Facsimile:   (510) 987-7575
Email:  swolan@pwc-law.com; acarlise@pwc-law.com; mduffy@pwc-law.com

Attorneys for Defendants
ALAMEDA COUNTY MEDICAL CENTER, and
JEANETTE L. LOUDEN-CORBETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN HARRIS,<br><br>      Plaintiff,<br><br>vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER, JEANETTE L. LOUDEN-CORBET, in her Individual capacity, and DOES 1 through 15, inclusive,<br><br>      Defendants. | Case No.: CV-08-05348-VRW<br><br>STIPULATION REGARDING EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT TO MARCH 18, 2010<br><br>Hearing Date:    April 1, 2010<br>Hearing Time:   10:00 a.m.<br>Department:      Courtroom #6, 17th Floor<br>Hearing Judge:  Chief Judge Vaughn R. Walker<br><br>Complaint Filed:  November 25, 2008<br>Trial Date:            None set |

WHEREAS, the parties stipulated to an extension of time for Plaintiff to file her Opposition to Defendants' Amended Notice of Motion and Motion for Summary Judgment to February 17, 2010, but Plaintiff did not file her Memorandum of Points and Authorities in Opposition to Defendants' Amended Motion until February 28, 2010, Defendants therefore need additional time to review and reply to Plaintiff's Opposition papers.  Therefore, the parties, by and through their respective counsel of record, hereby stipulate as follows:

The time in which Defendants may file their reply papers in response to Plaintiff's Opposition to Defendants' Amended Notice of Motion and Motion for Summary Judgment, or in the alternative, for Summary Adjudication of Claims is hereby extended from March 3, 2010 up to and including March 18, 2010.

Dated: March 1, 2010                MOORE & MOORE

                                    By: /s/ Howard Moore, Jr.
                                        HOWARD MOORE, JR.

Dated: March 1, 2010                PATTON ♦ WOLAN ♦ CARLISE, LLP

                                    By: /s/ Andrea S. Carlise
                                        STEVEN C. WOLAN
                                        ANDREA S. CARLISE
                                        MAUREEN M. DUFFY
                                        Attorneys for Defendants
                                        ALAMEDA COUNTY MEDICAL CENTER, and
                                        JEANETTE LOUDEN-CORBETT

APPROVED AND SO ORDERED:

Dated: __March 12__, 2010           _____
                                    UNITED STATES DISTRICT CHIEF JUDGE
                                    VAUGHN R. WALKER

[GRANTED — Judge Vaughn R Walker — United States District Court, Northern District of California]