Steven C. Wolan (State Bar No. 56237)
Andrea S. Carlise (State Bar No. 151648)
Maureen M. Duffy (State Bar No. 168090)
PATTON•WOLAN•CARLISE, LLP
1999 Harrison Street, Suite 1350
Oakland, CA 94612
Telephone: (510) 987-7500
Facsimile: (510) 987-7575
Email: swolan@pwc-law.com; acarlise@pwc-law.com; mduffy@pwc-law.com

Attorneys for Defendants
ALAMEDA COUNTY MEDICAL CENTER, and
JEANETTE L. LOUDEN-CORBETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAWN HARRIS,

Plaintiff,

vs.

ALAMEDA COUNTY MEDICAL CENTER, JEANETTE L. LOUDEN-CORBET, in her Individual capacity, and DOES 1 through 15, inclusive,

Defendants.

Case No.: CV-08-05348-VRW

STIPULATION REGARDING EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT TO MARCH 18, 2010

Hearing Date: April 1, 2010
Hearing Time: 10:00 a.m.
Department: Courtroom #6, 17th Floor
Hearing Judge: Chief Judge Vaughn R. Walker

Complaint Filed: November 25, 2008
Trial Date: None set

WHEREAS, the parties stipulated to an extension of time for Plaintiff to file her Opposition to Defendants' Amended Notice of Motion and Motion for Summary Judgment to February 17, 2010, but Plaintiff did not file her Memorandum of Points and Authorities in Opposition to Defendants' Amended Motion until February 28, 2010, Defendants therefore need additional time to review and reply to Plaintiff's Opposition papers. Therefore, the parties, by and through their respective counsel of record, hereby stipulate as follows:

The time in which Defendants may file their reply papers in response to Plaintiff's Opposition to Defendants' Amended Notice of Motion and Motion for Summary Judgment, or in the alternative, for Summary Adjudication of Claims is hereby extended from March 3, 2010 up to and including March 18, 2010.

Dated: March 1, 2010

MOORE & MOORE

By: /s/ Howard Moore, Jr.
HOWARD MOORE, JR.

Dated: March 1, 2010

PATTON ♦ WOLAN ♦ CARLISE, LLP

By: /s/ Andrea S. Carlise
STEVEN C. WOLAN
ANDREA S. CARLISE
MAUREEN M. DUFFY
Attorneys for Defendants
ALAMEDA COUNTY MEDICAL CENTER, and
JEANETTE LOUDEN-CORBETT

APPROVED AND SO ORDERED:

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Vaughn R Walker

Dated: March 12, 2010

UNITED STATES DISTRICT CHIEF JUDGE
VAUGHN R. WALKER

STIPULATION REGARDING EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT TO MARCH 18, 2010 (Case No. CV-08-05348-VRW)
- 2 -