Steven C. Wolan (State Bar No. 56237)
Andrea S. Carlise (State Bar No. 151648)
Maureen M. Duffy (State Bar No. 168090)
PATTON♦WOLAN♦CARLISE, LLP
1999 Harrison Street, Suite 1350
Oakland, CA  94612
Telephone:  (510) 987-7500
Facsimile:    (510) 987-7575
Email:  swolan@pwc-law.com; acarlise@pwc-law.com; mduffy@pwc-law.com

Attorneys for Defendants
ALAMEDA COUNTY MEDICAL CENTER, and
JEANETTE L. LOUDEN-CORBETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN HARRIS,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALAMEDA COUNTY MEDICAL CENTER, JEANETTE L. LOUDEN-CORBET, in her Individual capacity, and DOES 1 through 15, inclusive,<br><br>          Defendants. | Case No.: CV-08-05348-VRW<br><br>STIPULATION REGARDING EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE RE SUMMARY JUDGMENT FOR PLAINITFF ON DUE PROCESS CLAIM<br><br><br>Complaint Filed:   November 25, 2008<br>Trial Date:            None set |

   WHEREAS, the Court has ordered Defendants to show cause on or before September 23, 2010, why the court, sua sponte, should not grant summary judgment for Plaintiff on her due process claim, and whereas the parties desire to extend the time for filing briefs regarding this issue to allow them more time explore the potential to settle what remains of this matter, the parties, by and through their respective counsel of record, hereby stipulate as follows:

   The time in which Defendants may file their papers in response to the Court's Order to Show Cause why the court, sua sponte, should not grant summary judgment for Plaintiff on her due process

1 | claim is hereby extended from September 23, 2010 up to and including October 21, 2010.  Plaintiff may
2 | respond to Defendants' filing on or before November 4, 2010.

4 | Dated:  September 20, 2010                              MOORE & MOORE

6 |                                                                           By:  /s/ Howard Moore, Jr.
                                                                                     HOWARD MOORE, JR.

9 | Dated:  September 20, 2010                              PATTON ♦ WOLAN ♦ CARLISE, LLP

11 |                                                                          By:  /s/ Andrea S. Carlise
                                                                                     STEVEN C. WOLAN
                                                                                     ANDREA S. CARLISE
                                                                                     MAUREEN M. DUFFY
                                                                                     Attorneys for Defendants
                                                                                     ALAMEDA COUNTY MEDICAL CENTER, and
                                                                                     JEANETTE LOUDEN-CORBETT

16 | APPROVED AND SO ORDERED:

19 | Dated:  September 23, 2010                              _____
                                                                                     UNITED STATES DISTRICT CHIEF JUDGE
                                                                                     VAUGHN R. WALKER

---
STIPULATION RE EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW
CAUSE RE SUMMARY JUDGMENT FOR PLAINTIFF ON DUE PROCESS CLAIM       (Case No. CV-08-05348-VRW)
- 2 -