IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAWN HARRIS,

    Plaintiff,

v.

ALAMEDA COUNTY MEDICAL CENTER, ET AL.,

    Defendants.

No. C 08-05348 CRB

**ORDER REOPENING CASE**

Pursuant to the Court's Order of November 8, 2010, dkt. 78, the Court is in receipt of the parties' joint case management statement regarding the administrative hearing. The Court hereby ORDERS the clerk to reopen the case. The parties are hereby ORDERED to appear at a case management conference on Friday, June 29, 2012 at 8:30 a.m. in Courtroom 6, to discuss whether Plaintiff intends to seek mental and emotional distress damages or whether the Court shall grant judgment in favor of defendants. See Order at 3-4 (dkt. 78).

**IT IS SO ORDERED.**

Dated: May 8, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE